IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LYLE BAILEY on behalf of Kacee Jo Pace,** | 3:12-CV-01092-BR |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| **CAROLYN W. COLVIN, Acting COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

Based on the Court's Opinion and Order (#21) issued July 19, 2013, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Opinion and Order.

Dated this 19th day of July, 2013.

*[signature]*
ANNA J. BROWN
United States District Judge

JUDGMENT OF REMAND