IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LYLE BAILEY on behalf of<br>Kacee Jo Pace,<br><br>           Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>           Defendant. | 3:12-CV-01092-BR<br><br>JUDGMENT OF REMAND |

Based on the Court's Opinion and Order (#21) issued July 19, 2013, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Opinion and Order.

Dated this 19th day of July, 2013.

*anna brown*
ANNA J. BROWN
United States District Judge

JUDGMENT OF REMAND